UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAE HELEN ATKINS, as personal
representative of the estate of Matthew
Walker

           Plaintiff,

v.                                      Case No: 2:16-cv-360-FtM-99MRM

FLORIDA DEPARTMENT OF
CORRECTIONS, THOMAS REID,
DAVE THOMAS, TYLER TRIPLETT,
DANIEL LYNCH, ROSEMARY
HARRINGTON, AHSAKI JONES,
ERROL GRANT, KENT STOTT,
EDWARD SINOR, THOMAS
WEIDNER, ANDREW LOVE,
MESTELY SAINTERVIL, JOSEPH
TROYAN, WEXFORD HEALTH
SOURCES, INC., ROBERT
HEMPHILL, DENISE JENKS, DANIEL
STAHL and PRISCILLA
WHEELER,

           Defendants.

_____

**JOINT STIPULATION TO DESIGNATE MEDIATOR PURSUANT TO
CASE MANAGEMENT SCHEDULING ORDER (DOC. 32)**

COMES NOW, the Plaintiff, Mae Helen Atkins, Defendants, Wexford Health

Sources, Inc., Daniel Stahl, Robert Hemphill, and Defendants, Florida Department of

Corrections, Tyler Triplett, Thomas Weidner, Thomas Reid, Mestely Saintervil, Kent

Stott, Joseph Troyan, Errol Grant, Ahsaki Jones and Andrew Love, (collectively the

"parties")  by and through the undersigned counsel, hereby file this Joint Stipulation to

Designate Mediator.  Pursuant to the Court's Case Management Scheduling Order (Doc.

32), the parties have designated Gary H. Larsen as the mediator for this case.

1

**CERTIFICATION**

All parties certify that they are in agreement with the foregoing stipulation.

Respectfully Submitted on July 19, 2016.

/s/Amber Hall
Amber Hall, Esq. –FBN 0103042
ATTORNEY FOR PLAINTIFF
AMBER HALL LAW, PLLC
113 South Monroe Street, 1st Floor
Tallahassee, Florida 32301
T. (850) 201-7253 / F. (850) 583-4839
E-Mail: amber@amberhalllaw.com

/s/James Cook
James Cook, Esq. –FBN 0103042
ATTORNEY FOR PLAINTIFF
THE LAW OFFICE OF JAMES COOK
314 W. Jefferson Street
Tallahassee, Florida 32301
T. (850) 222-8080 / F. (850) 561-0836
E-Mail: cookjv@gmail.com

/s/Devang Desai
Devang Desai, Esq. – FBN 664421
ATTORNEY FOR DEFENDANT, WEXFORD
GAEBE MULLEN ANTONELLI & DIMATTEO
420 South Dixie Highway, 3rd Floor
Coral Gables, Florida 33146
T. (305) 667-0223 / F. (305) 284-9844
E-Mail: ddesai@gaebemullen.com

/s/Daniel Lazaro
Daniel Lazaro, Esq. – FBN 99021
ATTORNEY FOR DEFENDANT, WEXFORD
GAEBE MULLEN ANTONELLI & DIMATTEO
420 South Dixie Highway, 3rd Floor
Coral Gables, Florida 33146
T. (305) 667-0223 / F. (305) 284-9844
E-Mail: dlazaro@gaebemullen.com

*/s/Kenneth Wilson*_____
Kenneth Wilson, Esq. – FBN 0045212
ATTORNEY FOR DEFENDANTS –FDOC,
THOMAS REID, TYLER TRIPLETT, JOSEPH TROYAN,
THOMAS WEIDNER, MESTELEY SAINTERVIL, KENT STOTT,
ERROL GRANT, AHSAKI JONES, ANDREW LOVE
OFFICE OF THE ATTORNEY GENERAL
Suite 1100
501 E Kennedy Boulevard
Tampa, Florida 33602
T. (813) 233-2880 / F. (813) 233-2886
E-Mail: kenneth.wilson@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **19th day of July 2016**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: ___*/s/ Amber Hall*_____

AMBER HALL, ESQ.